In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Appellants.

ERIE RAILROAD COMPANY, Respondent.

*Matter of Grade Crossing Comrs., City of Buffalo,* 146 App. Div. 883, appeal dismissed.
(Submitted November 22, 1911; decided November 28, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1911, which reversed an order of Special Term confirming the report of commissioners appointed to ascertain the compensation to be paid to owners of land taken for street purposes and remitted the proceedings to said commissioners.

*Ralph.K. Robertson* and *Spencer Clinton* for appellants.

*William L. Marcy* and *Helen Z. M. Rodgers* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.